IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY LEVONCHUK, Individually** | : | **CIVIL ACTION** |
| **and as Administratrix of the Estate of** | : | |
| **JOSEPH CUSATO, Deceased** | : | |
| | : | |
| **v.** | : | **No. 04-3577** |
| | : | |
| **WAMPLER FOODS, a wholly owned** | : | |
| **subsidiary of PILGRIM'S PRIDE** | : | |
| **CORPORATION, a Delaware Corporation,** | : | |
| **and JACK LAMBERSKY POULTRY** | : | |
| **COMPANY, INC., a New Jersey** | : | |
| **Corporation d/b/a J. L. FOODS CO., INC.** | : | |

## ORDER

**AND NOW**, this 8th day of June, 2006, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel.


/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.